1216-14

CCA #    13-13-00175-CR                    OFFENSE:  Theft

STYLE:  EVERETT LOUIS KELLEY A/K/A EVERETT
        SAM KELLEY v. THE STATE OF TEXAS       COUNTY:  Jackson

TRIAL COURT:         24th District Court        MOTION FOR REHEARING IS: ____N/A_____
TRIAL COURT #:       12-1-8753                     DATE:
TRIAL COURT JUDGE:   Hon. Jack W. Marr            JUDGE:
DISPOSITION: Affirm
DATE:   August 7, 2014
JUSTICE:  Gregory T. Perkes _____ C ___ S ____
PUBLISH: _____              DNP: ___x_____

CLK RECORD: ____1_____        SUPP CLK RECORD _____
RPT RECORD: ____10 plus 1 exhibit_____   SUPP RPT RECORD _____
STATE BR: _1_____            SUPP BR _____
APP BR: ___1_____            PRO SE BR _____

## IN THE COURT OF CRIMINAL APPEALS

CCA # __1216-14__

----------------------

____PRO SE_____ Petition          Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:   DATE: _____

____REFUSED_____          JUDGE: _____

DATE: __02/11/2015_____         SIGNED: _____     PC: _____
JUDGE: __Per Curiam_____         PUBLISH: _____    DNP: _____

----------------------

_____ MOTION FOR REHEARING IN      MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____      _____ ON _____

JUDGE: _____    JUDGE: _____